IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROVI GUIDES, INC.; ROVI TECHNOLOGIES CORP. AND VEVEO, INC., PLAINTIFFS, <br><br> V. <br><br> COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC; COMCAST OF HOUSTON, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; COMCAST HOLDINGS CORPORATION; COMCAST SHARED SERVICES, LLC; ARRIS INTERNATIONAL PLC; ARRIS GROUP INC.; ARRIS TECHNOLOGY, INC.; ARRIS ENTERPRISES LLC.; ARRIS SOLUTIONS, INC.; PACE AMERICAS HOLDINGS, INC.; PACE AMERICAS INVESTMENTS, LLC; PACE AMERICAS, LLC; TECHNICOLOR SA; TECHNICOLOR USA, INC.; TECHNICOLOR CONNECTED HOME USA LLC, DEFENDANTS. | CIVIL ACTION NO. 2:16-CV-321 <br><br> JURY TRIAL |

**PLAINTIFFS' NOTICE REGARDING SERVICE OF INITIAL DISCLOSURES**

Plaintiffs Rovi Guides, Inc. ("Rovi Guides"), Rovi Technologies Corp. ("Rovi Technologies"), and Veveo, Inc. ("Veveo") (collectively, "Rovi" or "Plaintiffs") hereby notify the Court that on July 21, 2016 Rovi served Initial Disclosures via electronic mail.

Dated: July 22, 2016

Respectfully Submitted,

/s/ *Joshua W. Budwin*

Douglas A. Cawley, Lead Attorney
Texas State Bar No. 0403550
dcawley@mckoolsmith.com
Christopher Bovenkamp
cbovenkamp@mckoolsmith.com
Texas State Bar No. 24006877
Richard A. Kamprath
Texas State Bar No. 24078767
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:  (214) 978-4000
Telecopier:  (214) 978-4044

Joshua W. Budwin
Texas State Bar No. 24050347
Kristina S. Baehr
Texas State Bar No. 24080780
kbaehr@mckoolsmith.com
McKool Smith P.C.
300 W. Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Roderick G. Dorman
California Bar No. 96908
Texas State Bar No. 6006500
rdorman@mckoolsmithhennigan.com
Phillip J. Lee
California Bar No. 263063
plee@mckoolsmithhennigan.com
300 South Grand Avenue Suite 2900
Los Angeles, CA 90071
Tel:     (213) 694-1200
Fax:    (213) 694-1234

**Ropes & Gray LLP**

Jesse J. Jenner
(NY Bar No: 1034776))
(Eastern District of Texas Member)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

James R. Batchelder
(CA Bar No. 136347)
(Eastern District of Texas Member)
Mark D. Rowland
(CA Bar No. 157862)
(Eastern District of Texas Member)
Andrew Radsch
(CA Bar No. 303665)
(Eastern District of Texas Member)
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303
Telephone: (650) 617-4000
Facsimile: (650) 566-4090

**COUNSEL FOR ROVI GUIDES, INC., ROVI TECHNOLOGIES CORP. AND VEVEO, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on July 22, 2016.

/s/ *Kristina S. Baehr*
Kristina S. Baehr
